UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    -v-

IVAN CANALES,

                Supervisee.

No. 11-cr-676-6 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

On November 13, 2020, the Court received an update from the U.S. Probation Office as to Supervisee's employment status. According to the report, Supervisee has remained unemployed since July 14, 2020. Accordingly, IT IS HEREBY ORDERED THAT the parties are directed to appear for a conference on Friday, December 11, 2020 at 10:00 a.m. In light of the COVID-19 pandemic, the conference will take place via Skype for Business videoconference. No later than 5:00 p.m. on Wednesday, December 8, 2020, the parties shall jointly email to the Court a list of persons who anticipate speaking during the videoconference, including counsel, Mr. Canales, and Mr. Canales's supervising probation officer. The email should provide the telephone numbers or email accounts from which each of those persons expect to join the call. Chambers will email the parties directly in due course with further instructions for accessing the videoconference. Members of the public may monitor the conference via the Court's free audio line by dialing 1-888-363-4749 and using access code 3290725#.

SO ORDERED.

Dated:       December 4, 2020
              New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation