UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

IVAN CANALES,

          Supervisee.

No. 11-cr-676-6 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

      As stated on the record during the December 11, 2020 conference held in this matter, the Court scheduled a follow-up conference for January 15, 2021 at 11:00 a.m. to discuss the status of Supervisee's employment. The Court is now in receipt of a report from Probation indicating that Supervisee has obtained employment in compliance with his conditions of supervised release. In light of this positive news, IT IS HEREBY ORDERED THAT the conference scheduled for January 15, 2021 is adjourned *sine die*. Probation is directed to provide the Court with an update as to Supervisee's progress while on supervised release no later than February 10, 2021.

SO ORDERED.

Dated:    January 12, 2021
              New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES CIRCUIT JUDGE
                                            Sitting by Designation