UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

IVAN CANALES,

                Supervisee.

No. 11-cr-676-6 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    For the reasons stated on the record during the violation of supervised release ("VOSR") conference today, IT IS HEREBY ORDERED THAT the terms of Mr. Canales's supervised release are amended to include home detention with location monitoring. The specific technology utilized is left to the discretion of the U.S. Probation Office. Supervisee is only permitted to travel from his current place of residence to his place of employment, his treatment providers, the law office of his counsel of record, Mr. Burke, and his place of religious observance. Supervisee is prohibited from leaving his current place of residence for any other reason absent approval from the Court or the U.S. Probation Office.

SO ORDERED.

Dated:    July 20, 2021
            New York, New York

                                      RICHARD J. SULLIVAN
                                      UNITED STATES CIRCUIT JUDGE
                                      Sitting by Designation