UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>IVAN CANALES,<br><br>                    Supervisee. | No. 11-cr-676-6 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

As previously ordered, the Court will conduct an evidentiary hearing in connection with the Supervisee's alleged violations of the terms of his supervised release on Tuesday, August 3, 2021 at 10:00 a.m. in Courtroom 20C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.  Members of the public may monitor the proceeding in-person in Courtroom 20C or via the Court's free audio line by dialing 1-888-363-4749 and using access code 3290725#.

SO ORDERED.

Dated:      July 28, 2021
            New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation