UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    -v-

IVAN CANALES,

                    Supervisee.

No. 11-cr-676-6 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

As the Court previously ordered, the evidentiary hearing in this matter will resume on Thursday, August 19, 2021 at 2:00 p.m. in Courtroom 20C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.  Members of the public may monitor the proceeding in-person in Courtroom 20C or via the Court's free audio line by dialing 1-888-363-4749 and using access code 3290725#.

SO ORDERED.

Dated:          August 9, 2021
             New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation