UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

     -v-

IVAN CANALES,

                Supervisee.

No. 11-cr-676-6 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

      IT IS HEREBY ORDERED THAT the evidentiary hearing scheduled for Thursday, August 19, 2021 will take place at 2:30 p.m. in Courtroom 20C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.  Members of the public may monitor the proceeding in-person in Courtroom 20C or via the Court's free audio line by dialing 1-888-363-4749 and using access code 3290725#.

SO ORDERED.

Dated:          August 17, 2021
             New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation