UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>IVAN CANALES,<br><br>                    Supervisee. | No. 11-cr-676-6 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

On October 6, the Court sentenced Supervisee to one year and one day of imprisonment, followed by three years of supervised release, based on multiple violations of the conditions of Supervisee's release; the Court also ordered that Supervisee surrender to the United States Marshals Service at 9:00 am on November 3, 2021, and that he remain on location monitoring until his surrender date. (*See* Doc. No. 300.)

The Court has learned from Supervisee's Probation Officer that less than one week after Supervisee was sentenced, he did not return home by curfew and did not notify Probation or respond to subsequent calls from Probation regarding his late arrival. Further, the Probation Officer has advised the Court that Supervisee acted in a hostile manner when officers visited his home to check his location monitoring device, and that Supervisee has not reported to outpatient treatment since September 13, 2021. Consequently, the Probation Office requests that the Court modify its prior order and direct Supervisee to promptly surrender to commence serving his sentence.

IT IS HEREBY ORDERED THAT, no later than October 20, 2021, Supervisee's counsel shall submit a letter to the Court addressing whether the Court should order an earlier surrender date in light of Supervisee's continued noncompliance with the conditions of his supervised

release.  IT IS FURTHER ORDERED THAT the parties shall appear for a conference on October 25, 2021, at 10:00 a.m. in Courtroom 21C of the Daniel Patrick Moynihan Courthouse, located at 500 Pearl Street, New York, New York, concerning the Probation Office's request.

SO ORDERED.

Dated:        October 15, 2021
              New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation