UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

IVAN CANALES,

              Supervisee.

No. 11-cr-676-6 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    The Court is in receipt of an Amended Violation of Supervised Release Report, dated August 9, 2024, which includes a revision to Specification 4 and the addition of Specifications 8 and 9. Defense counsel is directed to consult with his client and inform the Court by letter if the Supervisee wishes to be presented on these new specifications at a separate presentment proceeding in advance of the evidentiary hearing scheduled for August 19, 2024 at 10:00 am. Otherwise, the Court intends to present the Supervisee on the new specifications on August 19, 2024 before proceeding with the evidentiary hearing.

SO ORDERED.

Dated:    August 9, 2024
             New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation