UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

IVAN CANALES,

                Supervisee.

No. 11-cr-676-6 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    IT IS HEREBY ORDERED THAT the evidentiary hearing scheduled for 10:00 am on August 19, 2024 is adjourned without date. The parties shall appear at that same time and date in Courtroom 21C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007, at which time it is anticipated that the Supervisee will admit to certain of the alleged violations of supervised release set forth in the Probation Office's Amended Violation of Supervised Release Report dated August 9, 2024. The Court will not sentence the Supervisee during the August 19 proceeding, but will instead set a schedule for sentencing, and the filing of submissions in connection therewith, at that time.

SO ORDERED.

Dated:    August 14, 2024
             New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES CIRCUIT JUDGE
                                          Sitting by Designation