UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

IVAN CANALES,

Supervisee.

No. 11-cr-676-6 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED THAT the sentencing in this matter, which was previously scheduled for 2:00 p.m. on Tuesday, September 24, 2024, will instead take place at 10:00 a.m. on Wednesday, September 25, 2024, in Courtroom 21C at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

SO ORDERED.

Dated:        August 27, 2024
              New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation