UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

IVAN CANALES,

                Supervisee.

No. 11-cr-676-6 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

      The Court is in receipt of the government's letter, dated October 3, 2024, regarding the physical altercation that transpired between the Supervisee and members of the United States Marshals Service prior to the Supervisee's scheduled sentencing on September 25, 2024. In light of the lack of information available to the government, IT IS HEREBY ORDERED THAT, by October 10, 2024, the government shall submit an updated letter setting forth the additional information requested concerning the September 25, 2024 incident. In the event that the government is still unable to obtain access to the evidence and witnesses necessary to provide that requested information, the Court will schedule a hearing at which the relevant witnesses shall appear to summarize what transpired and to explain why they were unable to provide this information to the government in a timely manner. All remaining deadlines regarding the Supervisee's sentencing are adjourned without a date pending submission of the government's October 10 update.

SO ORDERED.

Dated:    October 3, 2024
             New York, New York

                                               RICHARD J. SULLIVAN
                                               UNITED STATES CIRCUIT JUDGE
                                               Sitting by Designation