UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

IVAN CANALES,

              Supervisee.

No. 11-cr-676-6 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    IT IS HEREBY ORDERED THAT the parties shall appear before the Court for a sentencing hearing on November 25, 2024, at 10:00 a.m. in Courtroom 21C at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.  The government shall submit a letter by November 15, 2024, setting forth the witnesses it intends to call and the exhibits it intends to introduce at the hearing; the Supervisee shall submit a letter by November 20, 2024, indicating whether he intends to call any witnesses and/or introduce any exhibits.

SO ORDERED.

Dated:      October 24, 2024
             New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES CIRCUIT JUDGE
                                              Sitting by Designation